IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KATLYN O. MAIN,

        Defendant.

8:22CR173

INDICTMENT
18 U.S.C. § 922(a)(6) and 924(a)(2)
18 U.S.C. § 924(c)(1)(A)

The Grand Jury charges that

## COUNT I

On or about April 1, 2022, in the District of Nebraska, KATLYN O. MAIN, Defendant herein, in connection with the acquisition of a firearm, to wit: a Smith & Wesson M&P Shield 9mm handgun, from SOL's Jewelry and Loan (FFL)— La Vista, Nebraska, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to SOL's Jewelry and Loan— La Vista, Nebraska, which statement was intended and likely to deceive SOL's Jewelry and Loan— La Vista, Nebraska, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, indicating on the Form 4473 that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT II

On or about April 1, 2022, in the District of Nebraska, KATLYN O. MAIN, Defendant herein, knowingly made a false statement and representation to SOL's Jewelry and Loan— La Vista, Nebraska, a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SOL's Jewelry and Loan— La Vista, Nebraska, and in connection with the acquisition of a firearm, to wit: a Smith & Wesson M&P Shield 9mm handgun, in that the defendant represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473 that that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant United States Attorney